TOTAL TIME: ___ hours ___ minutes    DEPUTY CLERK *Devo*    HONORABLE *Droney*    RPTR/ERO/TAPE *Marshall*

DATE 10/29/03    START TIME 12:20    END TIME 1:00
RECESS FROM ___ TO ___    LUNCH RECESS FROM ___ TO ___ (if more than 1/2 hour)

Constitution
vs.
Nyemchek

CIVIL NO 00CV650 CFD

Plaintiffs Counsel: *Kaatz*
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: *Nyemchek*

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mhrgh) Motion Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (mischrg.) Miscelaneous Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

- [x] #84 Motion *in Limine* — ☐ granted ☐ denied [x] advisement

Hearing continued until ___ at ___