UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre-Trial Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Courtroom 2 - Annex
OCTOBER 29, 2003
11:00 A.M.

*held 11:00 – 12:00*

All counsel who will try the case shall attend the pre-trial conference.

Counsel shall be prepared to discuss and argue any evidentiary issues and/or any pre-trial motions.

Counsel shall be prepared to discuss all aspects of their joint trial memorandum, including witness list, proposed testimony and exhibits.

To the extent possible, counsel shall bring exhibits to the pretrial conference to mark them for identification.

CASE NO. 3:00cv650 CFD - Constitution Inc. v Nyemchek

COUNSEL OF RECORD:

| | |
|---|---|
| Leon M. Kaatz | Kaatz & Peikes, 111 Oak St., Hartford, CT 247-5640 |
| John C. Linderman | McCormick, Paulding & Huber, 185 Asylum St., Hartford, CT 860-549-5290 |
| Cathi Nyemchek | 970 Tilton Rd., Valley Cottage, NY |
| John Nyemchek | 970 Tilton Rd., Valley Cottage, NY |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK