00CV650reqcnt.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV -7  A 10: 00

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CONSTITUTION STATE CHALLENGE, INC. and NORTHEASTERN OPEN INVITATIONAL, INC.<br><br>Plaintiffs<br><br>v.<br><br>JOHN NYMCHEK<br>CATHI NYMCHEK<br><br>Defendants | CIVIL ACTION NO.<br><br>3:00 CV 650 (CFD)<br><br><br>November 6, 2003 |

## REQUEST FOR CONTINUANCE

**Constitution State Challenge, Inc. and Northeastern Open Invitational, Inc.,** Plaintiffs in the above matter, represent to this Court as follows:

1. This is a pending civil matter scheduled for a trial to the Court (Droney, J.) to start on December 1, 2003.

2. At a Pretrial Status Conference meeting held on this matter on October 29, 2003 the Court assigned this matter to Magistrate Judge Thomas Smith for the purpose of conducting additional settlement discussions.

3. Pursuant to the Court's directives of October 29, 2003 the Parties and their counsel met with Judge Smith on November 3, 2003 from 2:00 P.M. to 5:30 P.M.

4. Although no settlement agreement emerged from the settlement conference of November 3, 2003 the Parties did, in the opinion of the undersigned, make substantial progress in bridging several of the gulfs that had separated them when previous attempts were made at settlement.

5. The undersigned, lead counsel for Plaintiffs, has been in regular contact with the office of Judge Smith since November 1 so as to keep Judge Smith apprised of subsequent developments in attempts to settle this matter.

6. Judge Smith has assigned this matter for a further settlement conference to take place on December 1, 2003 at 10:00 A.M.

L:\civil\Cote\Requestforcontinuance.doc

7. The undersigned suggests to the Court the impracticality of adhering to the currently scheduled trial dates when the Parties will be holding additional settlement meetings the day trial is scheduled to start, to wit: the more time the Parties spend between today's date and December 1 preparing for trial the less incentive there will be on December 1 to resolve the matter by settlement rather then by litigation.

8. At the October 29 Pretrial Status Conference the Court requested that both Parties have their trial exhibits marked and submitted to the Court (in duplicate) by today's date.

9. Due to the substantial amount of time expended by the undersigned between October 29 and today's date in settlement meetings, negotiations and discussions, the undersigned has been unable to get all of Plaintiff's exhibits prepared for marking and pretrial submission to the Court.

**WHEREFORE**, for the reasons as recited hereinabove, it is requested that the Court issue the following orders in this matter.

1. That the trial dates in this matter be postponed to sometime on or after February 9, 2004.[1]

2. That absent a settlement in this matter reached on or before December 1, 2003 that the date for submittal of trial exhibits for marking be postponed to December 8, 2003.

Dated at Hartford, CT this 6th day of November, 2003.

Plaintiffs
By Their Attorney

*[signature]*

Leon M. Kaatz
111 Oak Street
Hartford, CT 06106
860-247-5640
Federal Bar No. 00036

---

[1] Plaintiff's are presently deeply entrenched in preparations for the Northeastern Open Invitational Dance Competition which will take place the weekend of January 30, 2004.

L:\civil\Cote\Requestforcontinuance.doc

## CERTIFICATION

      I hereby certify that a copy of the foregoing has been mailed postage prepaid and/or hand delivered to Mr. and Mrs. John and Cathi Nymchek (by email attachment) and to Attorney John Linderman (by email attachment), and to the Honorable Thomas P. Smith, United States District Court House, 450 Main Street, Hartford, CT 06103 on or before the 6th day of November, 2003.

Leon M. Kaatz
Commissioner of the Superior Court

L:\civil\Cote\Requestforcontinuance.doc