UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CONSTITUTION STATE CHALLENGE, INC. and )
NORTHEASTERN OPEN INVITATIONAL, INC. )
                                             )

          Plaintiffs                    )

                      v.                    )

JOHN NYMCHEK                      )
CATHI NYMCHEK                  )

          Defendants          )

CIVIL ACTION NO:

3:00 CV 650 (CFD)

November 6, 2003

## REQUEST FOR CONTINUANCE

**Constitution State Challenge, Inc. and Northeastern Open Invitational, Inc.,** Plaintiffs in the above matter, represent to this Court as follows:

1.  This is a pending civil matter scheduled for a trial to the Court (Droney, J.) to start on December 1, 2003.

2.  At a Pretrial Status Conference meeting held on this matter on October 29, 2003 the Court assigned this matter to Magistrate Judge Thomas Smith for the purpose of conducting additional settlement discussions.

3.  Pursuant to the Court's directives of October 29, 2003 the Parties and their counsel met with Judge Smith on November 3, 2003 from 2:00 P.M. to 5:30 P.M.

4.  Although no settlement agreement emerged from the settlement conference of November 3, 2003 the Parties did, in the opinion of the undersigned, make substantial progress in bridging several of the gulfs that had separated them when previous attempts were made at settlement.

5.  The undersigned, lead counsel for Plaintiffs, has been in regular contact with the office of Judge Smith since November 1 so as to keep Judge Smith apprised of subsequent developments in attempts to settle this matter.

6.  Judge Smith has assigned this matter for a further settlement conference to take place on December 1, 2003 at 10:00 A.M.

C:\All Cote\Requestforcontinuance.doc

GRANTED IN PART. The trial will start on December 2, 2003 at 10:00 a.m. and trial exhibits must be submitted for marking by November 24, 2003. So ordered.

Christopher F. Droney
United States District Judge
11/7/03