# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTITUTION STATE CHALLENGE, INC. and NORTHEASTERN OPEN INVITATIONAL, INC. <br><br> Plaintiffs <br><br> v. <br><br> JOHN NYEMCHEK <br> CATHI NYEMCHEK <br><br> Defendants | CIVIL ACTION NO.: <br><br> 300CV0650 (CFD) <br><br><br><br> NOVEMBER 17. 2003 |

## REQUEST FOR TWO WEEK CONTINUANCE

**Constitution State Challenge, Inc. (CSC), ET AL.** Plaintiffs in the above matter, represent to this Court as follows:

1.  This matter is scheduled to commence trial on December 2, 2003 before the Honorable Christopher Droney.

2.  Per order and request of Judge Droney the Parties have been actively involved in settlement negotiations with Judge Thomas Smith. The Parties have a second settlement meeting scheduled with Judge Smith for Monday, December 1, 2003 at 10:00 A.M.

3.  Counsel for Plaintiffs met with Judge Smith on Friday, November 14, 2003 to apprise him of progress in the settlement negotiations.

4.  At said meeting Judge Smith stated his belief that the Parties were "80% of the way home on settlement." Judge Smith further stated his belief and optimism that the Parties should be able to settle this matter when they meet with him on December 1, 2003.

5.  Judge Smith gave the undersigned permission to repeat to the Court the representations made in the Paragraph 4 herein.

6.  At said meeting Judge Smith recommended that the trial in this matter be postponed two weeks so as to facilitate settlement talks and Judge Smith gave permission to the undersigned to represent to the Court that such was his recommendation.

\\Server\leon\civil\Cote\reqtocontin.doc

7.  At said meeting Judge Smith recommended that the undersigned attempt to obtain a two week continuance in the trial in this matter so as to facilitate settlement efforts and that the undersigned further attempt to get Defendants to jointly agree to said continuance.[1]

8.  The undersigned represents that settlement efforts in this matter will be substantially hampered if counsel for Plaintiffs must, while simultaneously attempting to pursue settlement, make extensive final preparations for trial.

9.  Defendants notified the undersigned by email on Sunday evening, November 16, 2003 that they do not join in a request for a continuance in this matter.

**WHEREFORE,** for the reasons as recited hereinabove, and notwithstanding Defendants' declining to participate in this request, Plaintiffs' pray that this Court will issue an order postponing the commencement of the trial in this matter for two weeks so as to facilitate settlement discussions and so as to optimize the likelihood of a settlement when the Parties confer and meet with Judge Smith on December 1, 2003.

Dated at Hartford, CT this 17th day of November, 2003.

                    PLAINTIFFS
                    BY THEIR ATTORNEYS


                    _____
                    Leon M. Kaatz
                    111 Oak Street
                    Hartford, CT  06106
                    (860) 247-5640
                    Federal Bar No.00037

                    **ORDER**

        The foregoing motion having been heard by the Court it is hereby ordered:
**GRANTED/DENIED.**

                    THE COURT


                    By:_____
                        Judge/Clerk

---

[1] Judge Smith had already been apprised that an earlier request by Plaintiffs to postpone the trial in this matter until February, 2004 had been turned down by the Court.

\\Server\leon\civil\Cote\reqtocontin.doc

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed postage prepaid and delivered by email attachment to Mr. and Mrs. John and Cathi Nymchek, 970 Tilton Road; Valley Cottage, NY 10989 and to Attorney John Linderman, 185 Asylum Street, Hartford, CT 06103, and to the Honorable Thomas P. Smith, United States District Court House, 450 Main Street, Hartford, CT  06103 on or before the 17th day of November, 2003.

Leon M. Kaatz
Commissioner of the Superior Court