UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOV 17 P 4: 05

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CONSTITUTION STATE CHALLENGE, INC., and NORTHEASTERN OPEN INVITATIONAL, INC.<br>    Plaintiffs | : <br> : <br> : <br> : <br> : |
| v. | :    Civil Action No. 3:00 CV 650 (CFD) |
| JOHN NYEMCHEK and CATHI NYEMCHEK,<br>    Defendants | : <br> : <br> : |

### RULING AND ORDER

Currently pending is the plaintiffs' renewal of their motion in limine [Doc. #84] to foreclose any testimony from Attorney Frederick Lehrman. The motion is DENIED without prejudice to raising objections to particular testimony of Mr. Lehrman at trial.

Should it become necessary for Attorney Kaatz to offer testimony, co-counsel for the plaintiffs should be prepared to proceed with the trial.

The parties are ordered to attend a telephone status conference on Monday, November 24, 2003 at 5:00 p.m.

SO ORDERED this 17th day of November 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE