UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CONSTITUTION STATE CHALLENGE, INC. and )
NORTHEASTERN OPEN INVITATIONAL, INC. )
) CIVIL ACTION NO.:
)
Plaintiffs ) 300CV0650 (CFD)
)
v. )
)
JOHN NYEMCHEK )
CATHI NYEMCHEK ) NOVEMBER 17, 2003
)
Defendants )
)
)

### REQUEST FOR TWO WEEK CONTINUANCE

**Constitution State Challenge, Inc. (CSC), ET AL.** Plaintiffs in the above matter, represent to this Court as follows:

1. This matter is scheduled to commence trial on December 2, 2003 before the Honorable Christopher Droney.

2. Per order and request of Judge Droney the Parties have been actively involved in settlement negotiations with Judge Thomas Smith. The Parties have a second settlement meeting scheduled with Judge Smith for Monday, December 1, 2003 at 10:00 A.M.

3. Counsel for Plaintiffs met with Judge Smith on Friday, November 14, 2003 to apprise him of progress in the settlement negotiations.

4. At said meeting Judge Smith stated his belief that the Parties were "80% of the way home on settlement." Judge Smith further stated his belief and optimism that the Parties should be able to settle this matter when they meet with him on December 1, 2003.

5. Judge Smith gave the undersigned permission to repeat to the Court the representations made in the Paragraph 4 herein.

6. At said meeting Judge Smith recommended that the trial in this matter be postponed two weeks so as to facilitate settlement talks and Judge Smith gave permission to the undersigned to represent to the Court that such was his recommendation.

\\bergerson\civil\Cote\reqtocontin.doc

*Left margin (vertical): "and trial exhibits must be submitted for marking by 10:00 a.m."*
*Left margin (vertical): "GRANTED. The trial will start on December 15, 2003. So ordered. December 10, 2003."*
*Signed: Christopher F. Droney, United States District Judge 11/19/03*