UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 21 P 2: 32

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CONSTITUTION STATE CHALLENGE, INC. and NORTHEASTERN OPEN INVITATIONAL, INC.<br><br>Plaintiffs<br><br>v.<br><br>JOHN NYEMCHEK<br>CATHI NYEMCHEK<br><br>Defendants | CIVIL ACTION NO.:<br><br>300CV0650 (CFD)<br><br><br><br>NOVEMBER 19, 2003 |

## REQUEST FOR CLARIFICATION

1. This matter is a civil matter pending before this Court and scheduled to commence trial on December 2, 2003.

2. On November 17, 2003 this Court issued an order on a preliminary matter regarding testimony of proposed defense witness Attorney Frederick Lehrman.

3. The order issued by the Court stated: ***Should it become necessary for Attorney Kaatz to offer testimony, co-counsel for the plaintiffs should be prepared to proceed with the trial.***

4. Because Plaintiffs do not know, at the present time while preparing for trial whether Attorney Lehrman will appear and testify and, if so, what portions of Attorney Lehrman's proposed testimony will be admissible and what portions will not be admissible, they are unable to determine at this time if there will be a need for Attorney Kaatz to offer rebuttal testimony.

5. Counsel for Plaintiffs are unclear as to the Court's intent with regard to the quoted section of the Court's ruling.

**WHEREFORE,** for the reasons as recited hereinabove, Plaintiffs pray that this Court will clarify its ruling by stating:

\\Server\leon\civil\Cote\reqforclarify.doc

a) Does the Court's ruling mean that if Attorney Lehrman testifies for the defense[1] that Attorney Kaatz is precluded from testifying in rebuttal if he has thus far conducted the Plaintiffs case?

b) Does the Court's ruling mean that if Attorney Kaatz testifies in rebuttal then co-counsel for the Plaintiffs must proceed with just the cross examination of Attorney Kaatz or with the entire balance of the trial?

For these reasons Plaintiffs request that the Court expand on its order of November 17, 2003 so as to permit Plaintiffs to determine how to proceed in the preparation for trial.

Dated at Hartford, CT this 19th day of November, 2003.

> PLAINTIFFS
> BY THEIR ATTORNEYS
>
>
> _____
> Leon M. Kaatz
> 111 Oak Street
> Hartford, CT 06106
> (860) 247-5640
> Federal Bar No. 00037

### ORDER

The foregoing motion having been heard by the Court it is hereby ordered:
**GRANTED/DENIED.**

> THE COURT
>
> By:_____
>      Judge/Clerk

---

[1] Plaintiffs will not be calling Attorney Lehrman as a witness. If and when he testifies Plaintiffs will already have rested on their case in chief.

## CERTIFICATION

     I hereby certify that a copy of the foregoing has been mailed postage prepaid and delivered by email attachment to Mr. and Mrs. John and Cathi Nymchek, 970 Tilton Road; Valley Cottage, NY 10989 and to Attorney John Linderman, 185 Asylum Street, Hartford, CT 06103, and to the Honorable Thomas P. Smith, United States District Court House, 450 Main Street, Hartford, CT 06103 on or before the 19th day of November, 2003.

                                                                                  _____  
                                                                                   Leon M. Kaatz  
                                                                                   Commissioner of the Superior Court