UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

December 1, 2003

10:00 a.m.

CASE NO. **3-00-cv-650** (CFD) <u>**Constitution Inc. v. Nyemchek, et al**</u>

**SETTLEMENT CONFERENCE**

John C. Linderman, Esq.
McCormick, Paulding & Huber
CityPlace II
185 Asylum St.
Hartford, CT 06103-4102
Tel:860-549-5290
Fax: 860-527-0464

Leon M. Kaatz
Kaatz & Peikes
111 Oak St.
Hartford, CT 06106
Tel: 860-247-5640
Fax: 860-247-8645

Cathi Nyemchek
970 Tilton Rd.
Valley Cottage, NY 10989
tel: 845-268-6368
fax: 845-267-2623

John Nyemchek
970 Tilton Rd.
Valley Cottage, NY 10989
tel: 845-268-6368
fax: 845-267-2623

*Case Settled*

*Conf. held w/ TPS*
*Time: 5 hrs.*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK