UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CONSTITUTION STATE
CHALLENGE, INC.,
       -Plaintiff

- v -                           CIVIL NO. 3-00-CV-650(CFD)

JOHN NYEMCHEK,
CATHI NYEMCHEK,
       -Defendants

### SETTLEMENT CONFERENCE MEMORANDUM

A settlement conference was held in this case today. The parties have reached an agreement which settles this case. Therefore, the clerk shall enter an order dismissing this case immediately pursuant to the agreement of the parties, each side to bear its own costs.

Dated at Hartford, Connecticut, this 1st day of December, 2003.

Thomas P. Smith
U. S. Magistrate Judge