UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Telephonic Status Conference Calendar**

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

**NOVEMBER 24, 2003**

**5:00 P.M.**    *held*
*5:00 - 5:15*
*.15 mins*

**PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635**

CASE NO. **3-00-cv-650 (CFD)    CONSTITUTION STATE v JOHN NYEMCHEK**

Leon M. Kaatz                          John C. Linderman
Kaatz & Peikes                         McCormick, Paulding & Huber
111 Oak St.                            CityPlace II
Hartford, CT 06106                     185 Asylum St.
                                       Hartford, CT 06103-4102


Cathi Nyemchek                         John Nyemchek
970 Tilton Rd.                         970 Tilton Rd.
Valley Cottage, NY 10989               Valley Cottage, NY 10989




BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK