## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

CONSTITUTION STATE CHALLENGE,  :
INC., and NORTHEASTERN OPEN      :
INVITATIONAL, INC.               :
     Plaintiffs                 :
                          :
     v.                         :     Civil Action No. 3:00 CV 650 (CFD)
                          :
JOHN NYEMCHEK and CATHI          :
NYEMCHEK,                        :
     Defendants                 :

### ORDER

In accordance with Magistrate Judge Thomas P. Smith's Settlement Conference Memorandum, this case is dismissed. The clerk is directed to close the case.

SO ORDERED this ___ day of December 2003, at Hartford, Connecticut.

                            **CHRISTOPHER F. DRONEY**
                            **UNITED STATES DISTRICT JUDGE**