**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

FILED

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

2004 JUL 30  A 11: 58

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

U.S. DISTRICT COURT
HARTFORD, CT.

July 22, 2004

Leon Kaatz
111 Oak St.
Hartford, CT 06106

      Re: Case Name: CSC v NYEMCHEK
          Number: 3:00cv650 (CFD)

Dear Attorney: Kaatz

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

      Plaintiff's exhibits

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                        Sincerely,

                        Kevin F. Rowe, Clerk

                        BY _____
                              D. Johnson
                            Deputy Clerk

ACKNOWLEDGMENT: _____     DATE: 7/28/04