FILED

2004 SEP 29 A 11:06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| CONSTITUTION STATE CHALLENGE, INC. and NORTHEASTERN OPEN INVITATIONAL INC.<br><br>Plaintiffs<br><br>vs.<br><br>JOHN NYEMCHEK and CATHI NYEMCHEK<br><br>Defendants | CIVIL ACTION NO.:<br>3:00 CV 650 (CFD)<br><br><br><br>September 23, 2004 |

---

### OBJECTION TO MOTION TO ENFORCE JUDGMENT

The court entered a judgment by stipulation on December 1, 2004. At issue is Paragraph 3 of the Stipulation (p. 3, line 2 et seq of the transcript as attached to the Plaintiff's motion):

"Three. For the periods set forth below John and Cathi Nyemchek will not own, organize, permit others to organize in their names, or lead people to believe that they own or have organized:

    a.    Competitions in Connecticut for ten years;

    b.    Competitions in New York, New Jersey, Massachusetts, for one year;

    c.    Unsanctioned competitions in New York, New Jersey or Massachusetts for three years;

    d.    Competitions in Connecticut, New York, New Jersey or Massachusetts for 90 days of any existing competition for ten years."

At issue here is subsection (c) "unsanctioned competitions in New York, New Jersey or Massachusetts for three years".

We are organizing a Dancesport International Championship in White Plains on June 3-5, 2005. A copy of the ad is attached to the Plaintiff's motion as Exhibit A. The ad notes: "Sanctioned by USABDA's USA DanceSport Council". As such, it does not violate Stipulation 3(c) since the event is plainly *sanctioned* not unsanctioned as asserted by the Plaintiffs.

This motion is frivolous and harassing. We respectfully request that this court deny the motion.

THE DEFENDANTS

By _____
JOHN NYEMCHEK

By _____
CATHI NYEMCHEK

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent on September 23, 2004, via certified mail, postage prepaid to Attorney Leon Kaatz, 111 Oak Street, Hartford, CT 06106 and to Attorney John Linderman, McCormick Paulding & Huber LLP, 185 Asylum Street, Hartford, CT 06103 and pro se parties of record:

By _____