# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTITUTION STATE CHALLENGE, INC. and NORTHEASTERN OPEN INVITATIONAL, INC.<br>Plaintiffs, | :<br>:<br>:<br>: |
| v. | : Civil Action No. 3:00CV650 (CFD) |
| JOHN NYEMCHEK and CATHI NYEMCHEK,<br>Defendants. | :<br>:<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_  A ruling on the following motion which is currently pending: **[Doc. #110] Motion to Enforce Judgment** (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 11th day of October 2004 at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge