HONORABLE _Smith_    Civil (April 12, 2004)

DEPUTY CLERK _Sunbury_    RPTR/ERO/TAPE _Bowies_

TOTAL TIME: ___ hours ___ minutes

DATE _10/25/04_    START TIME _10:00_    END TIME _10:50_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:00CV650CFD_

Constitution State
vs.

John Nyemchek

§
§
§
§
§

Leon Katz
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Cathy N Yemchek
Defendants Counsel

John Nyemchek

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION
DOCUMENT NO.**

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ ....#110 | Motion | to Enforce Judgment | ☐ granted | ☐ denied | ☑ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |

| | | | | filed | docketed |
|---|---|---|---|---|---|
| ☐ ........ | ☐ Brief(s) due _____ | ☐ Proposed Findings due _____ | Response due | | |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | | | ☐ filed | ☐ docketed |

☐ ........ _____ Hearing continued until _____ at _____