HONORABLE **Smith**    Civil (April 12, 2004)
DEPUTY CLERK **Sunbury**    RPTR/ERO/TAPE **Bowes**

TOTAL TIME: ___ hours ___ minutes

DATE **10/25/04**    START TIME **10:00**    END TIME **10:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:00CV650CFD**

**Constitution State**
vs.
**John Nyemchek**

§
§
§
§
§

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Plaintiffs Counsel: **Leon Katz**
Defendants Counsel: **Cathy N Nyemchek / John Nyemchek**

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing    ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☑ #110 Motion **to Enforce Judgment**    ☐ granted ☐ denied ☑ advisement
☐ # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

_____ Hearing continued until _____ at _____